**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

In re:                                                                                    Case No.: 19-34219-KRH
**David A. Klein**
5643 Winterleaf Drive
N. Chesterfield, VA  23234
SSN / ITIN: xxx-xx-4830
        Debtor.                                         **Chapter 13**

**NOTICE OF MOTION(S) AND HEARING**

The above-named Debtor, by counsel, have filed a Motion to Impose and Extend the Automatic Stay and a Motion for Expedited Hearing.

**Your rights may be affected.**  You should read these papers carefully and discuss them with your attorney, if you have one.

**NOTICE IS HEREBY GIVEN THAT A HEARING ON THIS MOTION WILL BE HELD AT THE UNITED STATES BANKRUPTCY COURT, U.S. COURTHOUSE, 701 EAST BROAD STREET, COURTROOM 5000, RICHMOND, VIRGINIA, 23219, ON AUGUST 28, 2019 AT 12:00 P.M.**

If you want to be heard on this matter, then prior to the date of the hearing, you or your attorney must:

1. File with the court, at the address below, a written response pursuant to Local Rule 9013-1(H). If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 East Broad Street, Suite 4000
        Richmond, VA  23219

2. You must also mail a copy to:

        Rich Law, PLC
        1700 Huguenot Road, Suite B-4
        Midlothian, VA  23113

    3.      Attend the hearing scheduled above.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting the requested relief.

Respectfully submitted,

**David A. Klein**
By Counsel

By: /s/ Richard C. Pecoraro
      Counsel for Debtor

## CERTIFICATE OF SERVICE

I certify that on August 23, 2019, a copy of this Notice of Motion and Hearing has been mailed electronically or via first class mail to the Chapter 13 Trustee, the United States Trustee and all creditors as set forth on the attached mailing matrix.

/s/ Richard C. Pecoraro
Counsel for Debtor

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 19-34219-KRH<br>Eastern District of Virginia<br>Richmond<br>Wed Aug 21 16:41:32 EDT 2019 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | (p)CREDITORS BANKRUPTCY SERVICE<br>PO BOX 800849<br>DALLAS TX 75380-0849 |
| Affirm Inc<br>Affirm Incorporated<br>Po Box 720<br>San Francisco, CA 94104-0720 | BB&T Corporation<br>Attn: Bankruptcy<br>Po Box 1847<br>Wilson, NC 27894-1847 | Bass & Associates<br>3936 E Fort Lowell Rd.<br>Tucson, AZ 85712-1083 |
| Capital One Auto Finance<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Chase Card Services<br>Attn: Bankruptcy<br>Po Box 15298<br>Wilmington, DE 19850-5298 | Chesterfield County**<br>PO Box 40<br>Chesterfield, VA 23832-0903 |
| Commonwealth of Virginia *<br>Dept of Tax/ Legal Unit<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 | Dell Financial Services LLC<br>Po Box 81607<br>Austin, TX 78708-1607 |
| First Command Bank<br>P O Box 901041<br>Fort Worth, TX 76101-2041 | First National Bank<br>Attn: Bankruptcy<br>1620 Dodge St Mailstop 4440<br>Omaha, NE 68197-0002 | Ford Motor Credit Company *<br>12110 Emmet Street<br>Omaha, NE 68164-4263 |
| Fulton Bank<br>Po Box 4887<br>Lancaster, PA 17604-4887 | Harley Davidson Financial<br>Attn: Bankruptcy<br>Po Box 22048<br>Carson City, NV 89721-2048 | Harley Davidson Financial<br>Po Box 21829<br>Carson City, NV 89721-1829 |
| Haynes Home Furnishing<br>Attention: Legal<br>5324 Virginia Beach Boulevard<br>Virginia Beach, VA 23462-1828 | Heather Klein<br>5643 Winterleaf Drive<br>Richmond, VA 23234-2851 | Internal Revenue Service *<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Kohls/Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | Linoln Automotive Fin Srv<br>Attn: Bankruptcy<br>Po Box 542000<br>Omaha, NE 68154-8000 | Linoln Automotive Financial Services<br>Pob 542000<br>Omaha, NE 68154-8000 |
| McCabe, Weisberg & Conway<br>1727 King Street<br>Suite 318<br>Alexandria, VA 22314-2700 | Randolph Boyd Cherry & Vaughan<br>13 E. Main Street<br>Richmond, VA 23219-2109 | Stephen C. Caspers<br>12451 Starcrest Dr, Ste 100<br>San Antonio, TX 78216-2988 |
| Syncb/Care Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | (p)TIDEWATER FINANCE COMPANY<br>P O BOX 13306<br>CHESAPEAKE VA 23325-0306 | USAA Federal Savings Bank<br>Attn: Bankruptcy<br>10750 Mcdermott Freeway<br>San Antonio,, TX 78288-1600 |

```
WEB Bank/DFS                        David A. Klein                      John P. Fitzgerald, III
1 Dell Way                          5643 Winterleaf Drive                Office of the US Trustee - Region 4 -R
Round Rock, TX 78682-7000           N. Chesterfield, VA 23234-2851       701 E. Broad Street, Ste. 4304
                                                                         Richmond, VA 23219-1849


Richard C. Pecoraro                 Suzanne E. Wade
Rich Law, PLC                       7202 Glen Forest Drive, Ste. 202
1700 Huguenot Rd.                   Richmond, VA 23226-3770
Suite B4
Midlothian, VA 23113-2397
```

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
AAFES                               Dell Financial Services LLC         (d)Dell Financial Services, LLC
Attn: Bankruptcy                    Attn: President/CEO                 Resurgent Capital Services
Po Box 650060                       Po Box 81577                         PO Box 10390
Dallas, TX 75265-0060               Austin, TX 78708-0000                Greenville, SC 29603-0390


Tidewater Finance Co                End of Label Matrix
Attn: Bankruptcy                    Mailable recipients    34
6520 Indian River Rd                Bypassed recipients     0
Virginia Beach, VA 23464-0000       Total                  34
```